**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 16-1900**
_____

MONICA JEFFRIES,

                Plaintiff – Appellant,

     v.

WAL-MART STORES EAST, L.P.,

                Defendant - Appellee.

_____

Appeal from the United States District Court for the District of Maryland, at Greenbelt. George J. Hazel, District Judge. (8:15-cv-00473-GJH)

_____

Submitted: October 13, 2016        Decided: October 17, 2016

_____

Before NIEMEYER, DUNCAN, and WYNN, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Monica Jeffries, Appellant Pro Se. Ethan Daniel Balsam, Kevin Michael Kraham, LITTLER MENDELSON PC, Washington, D.C., for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Monica Jeffries appeals the district court's order granting Defendant's motion to dismiss her complaint alleging disability discrimination and retaliation claims, pursuant to the Americans with Disabilities Act of 1990, 42 U.S.C. §§ 12101 to 12213 (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. See Jeffries v. Wal-Mart Stores East, L.P., No. 8:15-cv-00473-GJH (D. Md. July 11, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED